

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Steven Wayne Bonilla,

                          **Plaintiff,**

                       V.

U.S. District Court,

                          **Defendant.**

**Civil Action No.** 20-cv-1155-MMA-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action in its entirety based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. § 1914(a) and certifies that an IFP appeal from this Order would be frivolous and not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

**Date:** 6/24/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

                        T. Ferris, Deputy